**Order filed October 5, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00492-CV

———————

## IN RE SANNAURU FAMILY LIMITED PARTNERSHIP, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
61st District Court
Harris County, Texas
Trial Court Cause No. 2016-11828-I**

## CONTINUING ABATEMENT ORDER

On June 21, 2016, relator Sannauru Family Limited Partnership filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004). In the petition, relator requested that this court compel the Honorable Erin Lunceford, Judge of the 61st District Court, Harris County, Texas, to set aside her May 18, 2016 order denying relator's motion to dissolve writ of garnishment, and dissolve the writ of garnishment in trial court cause number 2016-11828-I, styled *Suncoast Post-Tension, Ltd. v. Peter Scoppa, et al.*

On July 21, 2016, relator and real party in interest Suncoast Post-Tension, Ltd.

filed a joint motion to abate this original proceeding for sixty days to allow the parties to complete settlement contingencies. On July 28, 2016, this court granted the motion and abated the case for sixty days from the date of the order. On September 26, 2016, relator updated this court of the status of the settlement. We issue this order continuing the abatement of the case.

The original proceeding is abated for a period of thirty days from the date of this order, at which time relator and real party in interest are directed to advise the court of the status of the case. The original proceeding will be reinstated on this court's active docket when the parties file a motion to dismiss the original proceeding or other dispositive motion. This court will also consider an appropriate motion to reinstate the original proceeding, or the court may reinstate the original proceeding on its own motion.

It is so ORDERED.

PER CURIAM